# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4447

_____

HENRY J LAGI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis Allman, Judge.

January 14, 2019

PER CURIAM.

Appellant seeks review of orders denying his motions to dismiss. The orders on appeal are not within the scope of Florida Rule of Appellate Procedure 9.140(b), which lists the types of orders a criminal defendant may appeal. Interlocutory orders are not generally appealable by criminal defendants. *Cf. Hijuelos v. State*, 73 So. 3d 364, 365 (Fla. 1st DCA 2011) (noting "a defendant in a criminal proceeding may not bring a separate appeal, which is independent of the plenary appeal from the judgment and sentence, for review of an order denying a motion to suppress"). Accordingly, the appeal is dismissed for lack of jurisdiction.

WETHERELL, OSTERHAUS, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Henry J Lagi, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.